## ANDREW CALHOON, JR., *versus* LUTHER DORRIEL

JOURNAL ENTRIES (1823–24): *Journal 3:* (1) Rule to assign errors \*p. 396; (2) rule to rejoin in error \*p. 424; (3) rule for nonsuit \*p. 500.
PAPERS IN FILE: (1) Affidavit for certiorari, allowance; (2) writ of certiorari and return; (3) assignment of errors; (4) joinder in error.
*1822–23 Calendar*, MS p. 124.

## PETER GODFROY *versus* JOSEPH FARRINGTON

JOURNAL ENTRIES (1823): *Journal 3:* (1) Dismissed \*p. 396.
PAPERS IN FILE: (1) Precipe for writ of replevin.
*1822–23 Calendar*, MS p. 125.